IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEPRACOR INC., UCB S.A., and UCB, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | C. A. No. 08-207 (GMS) |
| ) | |
| SYNTHON HOLDING B.V., SYNTHON B.V., ) | |
| SYNTHON LABORATORIES, INC., and ) | |
| SYNTHON PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF
PLAINTIFFS SEPRACOR INC., UCB S.A. AND UCB, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs Sepracor Inc., UCB S.A., and UCB, Inc., through their counsel, declare as follows:

1.  Plaintiff Sepracor Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of Sepracor Inc.'s stock;

2.  Plaintiff UCB S.A. is 36.2% owned by Financière de Tubize S.A. located at Allèe de la Recherche 60, 1070 Brussels, Belgium; and

3.  Plaintiff UCB, Inc. is 100% owned by UCB Holdings, Inc. located at 1950 Lake Park Drive, Smyrna, GA 30080. UCB Holdings, Inc. is 100% owned by Plaintiff UCB S.A.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

_____

OF COUNSEL:

Gregory L. Diskant
Jeffrey I.D. Lewis
Melissa Mandrgoc
Ella Campi
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036
(212) 336-2000

Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com

*Attorneys for Sepracor Inc.,
UCB S.A. and UCB, Inc.*

Dated:  April 22, 2008
2301790