IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEPRACOR INC., UCB S.A., and UCB, INC.,    )
                                            )
                    Plaintiffs,             )
                                            )
            v.                              )
                                            )    C. A. No. 08-207 (GMS)
SYNTHON HOLDING B.V., SYNTHON B.V.,         )
SYNTHON LABORATORIES, INC., and             )
SYNTHON PHARMACEUTICALS, INC.,              )
                                            )
                    Defendants.             )

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

Sepracor Inc., UCB S.A. and UCB, Inc. hereby dismiss this action without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
 *Attorneys for Sepracor Inc.,*
  *UCB S.A. and UCB, Inc.*

OF COUNSEL:

Gregory L. Diskant
Jeffrey I.D. Lewis
Melissa Mandrgoc
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

June 11, 2008
2362554